**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM)**

This endorsement modifies insurance provided under the following:

EXCESS COMMERCIAL GENERAL LIABILITY COVERAGE PART

1. The insurance does not apply:
   A. Under any Liability Coverage, to "bodily injury" or "property damage":
      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or
      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.
   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.
   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:
      (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;
      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or
      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties;

   "Nuclear material" means "source material", "Special nuclear material" or "by-product material";

   "Source material", "special nuclear material," and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

   "Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor";

   "Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

   "Nuclear facility" means:
      (a) Any "nuclear reactor";
      (b) Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel", or (3) handling, processing or packaging "waste";

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

"Property damage" includes all forms of radioactive contamination of property.

This endorsement is executed by the LIBERTY MUTUAL INSURANCE COMPANY

Premium $
Effective Date
For attachment to Policy No.    Expiration Date
Audit Basis                     EB1-641-005029-027

Issued To

SECRETARY                              PRESIDENT

Countersigned by _____
                              Authorized Representative

Issued           Sales Office and No.           End. Serial No. 4

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**EMPLOYMENT-RELATED PRACTICES EXCLUSION**

This endorsement modifies insurance provided under the following:

EXCESS COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. The following exclusion is added to Paragraph 2., Exclusions of Section I – Coverage A – Bodily Injury And Property Damage Liability:

This insurance does not apply to:

"Bodily injury" to:

(1) A person arising out of any:

    (a) Refusal to employ that person;

    (b) Termination of that person's employment; or

    (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs (a), (b), or (c) above is directed.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

B. The following exclusion is added to Paragraph 2., Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability:

This insurance does not apply to:

"Personal and advertising injury" to:

(1) A person arising out of any:

    (a) Refusal to employ that person;

    (b) Termination of that person's employment; or

    (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs (a), (b), or (c) above is directed.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This endorsement is executed by the LIBERTY MUTUAL INSURANCE COMPANY

Premium $

Effective Date      Expiration Date

For attachment to Policy No.     EB1-641-005029-027

Audit Basis

Issued To

SECRETARY      PRESIDENT

Countersigned by _____

                        Authorized Representative

Issued      Sales Office and No.      End. Serial No. 5

LC 21 29 06 05

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

ASBESTOS EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
EXCESS COMMERCIAL GENERAL LIABILITY COVERAGE PART
GARAGE COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MOTOR TRUCK CARGO COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRINTERS LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK
WAREHOUSEMAN'S LEGAL LIABILITY COVERAGE PART

This insurance does not apply to any liability, damages, loss, injury, demand, claim or "suit" arising out of or caused by, or allegedly caused by, asbestos either alone or in combination with other substances or factors.

This endorsement is executed by the LIBERTY MUTUAL INSURANCE COMPANY

Premium  $
Effective Date            Expiration Date
For attachment to Policy No.   EB1-641-005029-027
Audit Basis

Issued To

　　　　　　　　　　　　　　　　　　　　　　　SECRETARY　　　　　　　　　PRESIDENT

　　　　　　　　　　　　　　　　Countersigned by _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Authorized Representative
Issued　　　　　　　　　　　Sales Office and No.　　　　　　End. Serial No. 6

LC 21 01 06 05

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

DESIGNATED PROFESSIONAL SERVICES EXCLUSION

This endorsement modifies insurance provided under the following:

EXCESS COMMERCIAL GENERAL LIABILITY COVERAGE PART

SCHEDULE

| Description Of Professional Services: |
|---|
| 1. All Professional Services of the insured. |
| 2. |
| 3. |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

With respect to any professional services shown in the Schedule, the following exclusion is added to Paragraph 2., Exclusions of Section I – Coverage A – Bodily Injury And Property Damage Liability and Paragraph 2., Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability:

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" due to the rendering of or failure to render any professional service.

This endorsement is executed by the LIBERTY MUTUAL INSURANCE COMPANY

Premium $
Effective Date                    Expiration Date
For attachment to Policy No.      EB1-641-005029-027
Audit Basis

Issued To


SECRETARY


PRESIDENT

Countersigned by _____
                  Authorized Representative

Issued            Sales Office and No.            End. Serial No. 7

LC 21 21 06 05

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

NOTICE OF OCCURRENCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILTY COVERAGE FORM
EXCESS COMMERCIAL GENERAL LIABILITY COVERAGE FORM
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE FORM

For purposes of subparagraph a. of Paragraph 2. of the CONDITION SECTION, you refers to an "executive officer" of the Named Insured or to the "employee" designated by the insured to give us notice.

This endorsement is executed by the LIBERTY MUTUAL INSURANCE COMPANY

Premium $
Effective Date                    Expiration Date
For attachment to Policy No.      EB1-641-005029-027
Audit Basis

Issued To

SECRETARY                         PRESIDENT

Countersigned by _____
                                  Authorized Representative

Issued              Sales Office and No.        End. Serial No. 8

LC 99 01 06 05

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

UNINTENTIONAL FAILURE TO DISCLOSE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILTY COVERAGE PART
EXCESS COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

Unintentional failure of the named insured to disclose all hazards existing at the inception of this policy shall not be a basis for denial of any coverage afforded by this policy.

This endorsement is executed by the LIBERTY MUTUAL INSURANCE COMPANY

Premium $
Effective Date               Expiration Date
For attachment to Policy No.   EB1-641-005029-027
Audit Basis

Issued To

SECRETARY                                         PRESIDENT

Countersigned by _____
                                      Authorized Representative

Issued            Sales Office and No.            End. Serial No. 9

LC 99 03 06 05

THIS ENDORSEMENT CHANGES THE POLICY.   PLEASE READ IT CAREFULLY.

KNOWLEDGE OF OCCURRENCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILTY COVERAGE PART
EXCESS COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

Knowledge of an "occurrence" by an agent, servant or "employee" of the Named Insured shall not in itself constitute knowledge to the Named Insured unless an "executive officer" of the insured, the "employee" or other third parties designated by the insured to handle insurance matters shall have received notice.

This endorsement is executed by the LIBERTY MUTUAL INSURANCE COMPANY

Premium  $
Effective Date
For attachment to Policy No.   EB1-641-005029-027
Audit Basis

Issued To

SECRETARY                          PRESIDENT

Countersigned by _____
                                    Authorized Representative

Issued              Sales Office and No.           End. Serial No. 10

LC 99 02 06 05

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

This endorsement modifies insurance provided under the following:
   EXCESS COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

Name of Person or Organization:   All persons or organizations where the Named Insured has agreed, by written contract executed prior to the date of occurrence, to waive rights of recovery against such person or organization.

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

The TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US Condition (Section IV – COMMERCIAL GENERAL LIABILITY CONDITIONS) is amended by the addition of the following:

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL INSURANCE COMPANY

Premium $
Effective Date                Expiration Date
For attachment to Policy No.   EB1-641-005029-027
Audit Basis

Issued To



SECRETARY                    PRESIDENT

Countersigned by _____
                               Authorized Representative

Issued            Sales Office and No.            End. Serial No. 11

LA 24 12 05 06                                              Page 1 of 1

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**SUPPLEMENTARY PAYMENTS/
ALLOCATED LOSS ADJUSTMENT EXPENSE**

This endorsement modifies insurance provided under the following:

EXCESS COMMERCIAL GENERAL LIABILITY

**SECTION V - SUPPLEMENTARY PAYMENTS/ALLOCATED LOSS ADJUSTMENT EXPENSE** is deleted and replaced with the following:

1. For each "occurrence", "Allocated Loss Adjustment Expense" paid by the insured will reduce the "Self-Insured Amount" applicable to that "occurrence".

2. Where the insured controls the defense, we will reimburse the insured for "Allocated Loss Adjustment Expense" incurred by the insured for any "occurrence" after the "Self-Insured Amount" has been exhausted by the payment of damages and/or "Allocated Loss Adjustment Expense" by the insured for that "occurrence". Our obligation to reimburse the insured is limited as set forth in the SECTION II - DEFENSE, SETTLEMENT AND INVESTIGATION OF CLAIMS, paragraphs (5) and (6).

   The First Named Insured shown in the Declarations shall maintain adequate records and supporting data for any reimbursement of "Allocated Loss Adjustment Expense" due from us.

3. Where we control the defense, we will pay all "Allocated Loss Adjustment Expense" for any "occurrence" after the "Self-Insured Amount" has been exhausted by the payment of damages and/or "Allocated Loss Adjustment Expense" for that "occurrence". We may, but are not obligated to, advance amounts within the "Self-Insured Amount". The First Named Insured shall promptly reimburse us for any such amount advanced.

4. If any insurance in this policy applies on an each claim, each person or organization, each disease, each accident or other stated basis rather than on an occurrence basis, we will reimburse the insured for "Allocated Loss Adjustment Expense" incurred by the insured for such claim, disease, accident or other after the "Self-Insured Amount" has been exhausted by the payment of damages and/or "Allocated Loss Adjustment Expense" by the insured for that claim, disease, accident or other.

5. All expenses incurred by the insured or us in exercising the right to associate in the defense, investigation and settlement of any claim or "suit" shall be incurred solely by the associating party.

6. In addition to our proper share of "Allocated Loss Adjustment Expense", we will pay:

   (a) pre-judgment interest against the insured on that part of the judgment that is in excess of the "Self-Insured Amount" but not in excess of the applicable limit of insurance, but if we make an offer to pay the applicable limit of insurance, we will not pay any pre-judgment interest based on that period of time after the offer; and

(b) interest on that part of the judgment that is in excess of the "Self-Insured Amount" but not in excess of the applicable limit of insurance which accrues after entry of the judgment and before we have paid, offered to pay or deposited in court the part of the judgment that is in excess of the "Self-Insured Amount" but within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

This endorsement is executed by the LIBERTY MUTUAL INSURANCE COMPANY

Premium $
Effective Date                Expiration Date
For attachment to Policy No.  EB1-641-005029-027
Audit Basis

Issued To

*Dexter R. Legg*
SECRETARY

*Edmund F. Kelly*
PRESIDENT

Countersigned by _____
                    Authorized Representative

Issued        Sales Office and No.        End. Serial No. 12

LA 25 08 10 05                                              Page 2 of 2

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**UNDERGROUND RESOURCES AND EQUIPMENT COVERAGE**

This endorsement modifies insurance provided under the following:

EXCESS COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Underground Resources And Equipment Hazard Property Damage | $ 950,000 | Aggregate Limit |
|---|---|---|

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement).

| DESCRIPTION OF OPERATIONS: |
|---|
| Gasoline Recovery – From casing head or natural gas |
| Oil or Gas Lease Operations – natural gas |
| Oil or Gas Lease Operations – natural gas – within the limits of any town or city, on the right-of-way of any railroad, or in any ocean, gulf or bay |
| Oil or Gas Wells – cleaning or swabbing by contractors |
| Oil or Gas Wells – cleaning or swabbing by contractors – within the limits of any town or city, on the right-of-way of any railroad, or in any ocean, gulf or bay |
| Oil or Gas Wells – drilling or redrilling, installation or recovery of casing |
| Oil or Gas Wells – drilling or redrilling, installation or recovery of casing – within the limits of any town or city, on the right-of-way of any railroad |
| Oil or Gas Wells – Non-Operating Working Interest |
| Oil or Gas Wells – servicing – by contractors |
| Oil or Gas Wells – shooting |

The following provisions are added with respect to "property damage" included within the "underground resources and equipment hazard" arising out of the operations performed by you or on your behalf and described in this endorsement:

A. With respect to "property damage" included within the "underground resources and equipment hazard" the following is added to Section III – Limits Of Insurance:

Subject to 5. above, the Underground Resources and Equipment Hazard Property Damage Aggregate Limit shown in the Schedule or in the Declarations as subject to this endorsement is the most we will pay under Coverage A for the sum of damages because of all "property damage" included within the "underground resources and equipment hazard" and arising out of operations in connection with any one well.

B. Exclusion j.(4), under Paragraph 2., Exclusions of Section I – Coverage A – Bodily Injury And Property Damage Liability is replaced by the following:

2. Exclusions

This insurance does not apply to:

j. Damage To Property

"Property damage" to:

(4) Personal property in the care, custody or control of the insured.

This exclusion does not apply to any "property damage" included within the "underground resources and equipment hazard" other than "property damage" to that particular part of any real property on which operations are being performed by you or on your behalf if the "property damage" arises out of those operations.

LC 22 01 06 05

Page 1 of 2

C. The following exclusions are added to Section I – Coverage A – Bodily Injury And Property Damage Liability:

This insurance does not apply to:

1. Any costs or expense incurred by you or at your request or by or at the request of any "co-owner of the working interest" in connection with controlling or bringing under control any oil, gas or water well;

2. Damages claimed by any "co-owner of the working interest".

D. The following is added to the Duties In The Event Of Occurrence, Offense, Claim Or Suit Condition of the Conditions Section:

Upon the "occurrence" of a blow-out or cratering of any oil, gas or water well resulting from or in connection with operations performed by you or on your behalf, you agree that you will at your own cost and expense, promptly and diligently take whatever steps are necessary or legally required of you or necessary for you or any other person to bring such well under control.

E. The following definitions are added to the Definitions Section:

1. "Co-owner of the working interest" means any person or organization who is, with you, a co-owner, joint venturer or mining partner in mineral properties who:

   a. Participates in the operating expense of such properties; or

   b. Has the right to participate in the control, development or operation of such properties.

2. "Underground resources and equipment hazard" includes "property damage" to any of the following:

   a. Oil, gas, water or other mineral substances which have not been reduced to physical possession above the surface of the earth or above the surface of any body of water;

   b. Any well, hole, formation, strata or area in or through which exploration for or production of any substance is carried on;

   c. Any casing, pipe, bit, tool, pump or other drilling or well servicing machinery or equipment located beneath the surface of the earth in any such well or hole or beneath the surface of any body of water.

This endorsement is executed by the **LIBERTY MUTUAL INSURANCE COMPANY**

Premium $
Effective Date               Expiration Date
For attachment to Policy No.   EB1-641-005029-027
Audit Basis

Issued To

*Dexter R. Jay*
SECRETARY

*Edmund F. Kelly*
PRESIDENT

Countersigned by _____
                Authorized Representative

Issued           Sales Office and No.           End. Serial No. 13

LC 22 01 06 05                                          Page 2 of 2

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

NONOWNED WATERCRAFT AMENDED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
EXCESS COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion g. of Section 1, Coverage A. is amended as follows:

A. Subparagraph (2) is deleted and replaced by the following:

   (2) A watercraft you do not own that is:

      (a) Less than 50 feet long; and

      (b) Not being used to carry persons or property for a charge.

B. The following exception is added:

   This exclusion does not apply to:

   "Bodily injury" or "property damage" arising out of the operation of drilling rigs, used over water, while they are:

      (a) in a fixed position; or

      (b) drilling.

   This exception does not apply to "bodily injury" or "property damage" arising out of the operation of a drilling rig(s) while the drilling rig(s) is not fixed to the ocean floor.

This endorsement is executed by the LIBERTY MUTUAL INSURANCE COMPANY

Premium $
Effective Date
For attachment to Policy No.    EB1-641-005029-027
Audit Basis

Issued To

　　　　　　　　　　　　　　　　　　　　　　　　　Dexter R. Jay　　　　　Edmund F. Kelly
　　　　　　　　　　　　　　　　　　　　　　　　　SECRETARY　　　　　　PRESIDENT

　　　　　　　　　　　　　　　　　　Countersigned by _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Authorized Representative

　　　Issued　　　　　　　　　　Sales Office and No.　　　　　End. Serial No. 14

LN 04 01 06 05

 

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

BODILY INJURY REDEFINED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILTY COVERAGE FORM
EXCESS COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The definition of "bodily injury" is deleted and replaced with:

"Bodily injury" means:

1. bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time; and

2. mental anguish, shock or humiliation arising out of injury as defined in paragraph 1.

This endorsement is executed by the LIBERTY MUTUAL INSURANCE COMPANY

Premium  $
Effective Date                    Expiration Date
For attachment to Policy No.      EB1-641-005029-027
Audit Basis

Issued To

SECRETARY                                              PRESIDENT

                        Countersigned by
                                                  Authorized Representative
Issued              Sales Office and No.           End. Serial No. 15

LN 29 03 06 05

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## DISCRIMINATION EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
EXCESS COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to:

Damages arising out of unlawful discrimination.

This endorsement is executed by the LIBERTY MUTUAL INSURANCE COMPANY

Premium $
Effective Date                Expiration Date
For attachment to Policy No.   EB1-641-005029-027
Audit Basis

Issued To

                                  SECRETARY                 PRESIDENT

                            Countersigned by  _____
                                                                      Authorized Representative

    Issued                            Sales Office and No.             End. Serial No. 16

LC 21 04 06 05 .                                                                                     Page 1 of 1

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## LEAD EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
EXCESS COMMERCIAL GENERAL LIABILITY COVERAGE PART
GARAGE COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK

This insurance does not apply to:

1. Any actual or alleged liability, damages, loss or injury that results directly or indirectly from the ingestion, inhalation, exposure to or absorption of lead in any form or to any claims or "suits" arising from lead;

2. Actual or alleged "property damage" that results directly or indirectly from lead or the exposure to lead in any form or to any claims or "suits" arising from lead;

3. Any loss, cost or expense arising out of any request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of lead in any form; or

4. Any loss, cost or expense arising out of any claim or "suit" by or on behalf of a governmental authority for damages resulting from testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of lead in any form.

This endorsement is executed by the LIBERTY MUTUAL INSURANCE COMPANY

Premium $
Effective Date         Expiration Date
For attachment to Policy No.   EB1-641-005029-027
Audit Basis

Issued To

SECRETARY                               PRESIDENT

Countersigned by _____
                                    Authorized Representative

Issued              Sales Office and No.         End. Serial No. 17

LC 21 06 06 05

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**BODILY INJURY TO CO-EMPLOYEES COVERAGE**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM
EXCESS COMMERCIAL GENERAL LIABILITY COVERAGE FORM

1. The following is added to Paragraph 2. of the WHO IS AN INSURED section:

    Your "employees" (other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company)) or "volunteer workers" are insureds while in the course of their employment or performing duties related to the conduct of your business with respect to "bodily injury":

    (a) to you;

    (b) to your partners or members (if partnership or joint venture);

    (c) to your members (if you are a limited liability company); or

    (d) to a co-"employee" or "volunteer worker" while that co-"employee" or "volunteer worker" is either in the course of his or her employment by you or while performing duties related to the conduct of your business (including participation in any recreational activities sponsored by you).

    However, none of these "employees" or "volunteer workers" are insureds for the providing of or failure to provide professional health care services.

2. Limits of Insurance

    a. Sublimit Each Occurrence. This insurance is subject to a sublimit of:

        $ _____ each occurrence.

        This sublimit is subject to the Each Occurrence Limit shown in the Declarations; it is not in addition to the Each Occurrence Limit.

        If a sublimit is not designated above, the applicable limit is the Each Occurrence Limit shown in the Declarations.

    b. Aggregate. This insurance is subject to the General Aggregate Limit shown in the Declarations.

3. The insurance provided by this endorsement for "bodily injury" to a co-"employee" or "volunteer worker" will not apply if the injured co-"employee's" or "volunteer worker's" sole remedy for such injury is provided under a workers' compensation law or any similar law.

LC 04 04 06 05                                                                                                   Page 1 of 2

4. The insurance provided by this endorsement is excess over any other valid and collectible insurance available to the insured, whether primary, excess, contingent or on any other basis

This endorsement is executed by the LIBERTY MUTUAL INSURANCE COMPANY

Premium $
Effective Date                    Expiration Date
For attachment to Policy No.      EB1-641-005029-027
Audit Basis

Issued To

*Dexter R. Legg*            *Edmund F. Kelly*
SECRETARY                   PRESIDENT

Countersigned by _____
                      Authorized Representative

Issued            Sales Office and No.            End. Serial No. 18

LC 04 04 06 05                                    Page 2 of 2

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EARLIER NOTICE OF CANCELLATION PROVIDED BY US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Number of Days' Notice**  60

(if no entry appears above, information required to complete this Schedule will be shown in the Declarations as applicable to this endorsement.)

For any statutorily permitted reason other than nonpayment of premium, the number of days required for notice of cancellation, as provided in paragraph 2. of either the CANCELLATION Common Policy Condition or as amended by an applicable state cancellation endorsement, is increased to the number of days shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL INSURANCE COMPANY

Premium   $
Effective Date                Expiration Date
For attachment to Policy No.   EB1-641-005029-027
Audit Basis

Issued To



SECRETARY                         PRESIDENT

Countersigned by _____
                                    Authorized Representative

Issued              Sales Office and No.              End. Serial No. 19

CG 02 24 10 93        Copyright, Insurance Services Office, Inc., 19992